JULY 30, 1943

**No. 48610.**—SUIT 4365. —*Quong Yuen Shing Co.* v. *United States.* C. D. 476 reversed June 10, 1943. C. A. D. 247.

AUGUST 3, 1943

**No. 48611.**—SUIT 4410.—*United States* v. *Siegfried Lowenthal Co.* C. A. D. 244.

**No. 48612.**—SUIT 4424.—*Columbia Malleable Castings Corp.* v. *United States.* C. D. 697 affirmed (31 C. C. P. A. 14, C. A. D. 243).

BEFORE THE SECOND DIVISION, AUGUST 4, 1943

**No. 48613.**—Protest 44639–K of T. A. Desmond & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the items in question are similar to those involved in Abstract 46498. The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained.

**No. 48614.**—Protest 16627–K of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the hats composed of ramie and cellophane are the same as those involved in Abstract 47291. The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained as to those items.